ENTER/JS-6

FILED
CLERK, U.S. DISTRICT COURT
AUG 18 2009
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK M. KENNEDY, JR., | Case No. CV 09-05500 PA (AN) |
| Petitioner, | JUDGMENT |
| v. | |
| SUPREME COURT OF CALIFORNIA, et al., | |
| Respondents. | |

IT IS HEREBY ADJUDGED THAT this action is summarily dismissed without prejudice for the reasons stated in the related Order.

DATED: August 17, 2009

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE